# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLEY GAINES,<br><br>                      Plaintiff,<br>   vs.<br>CADILLAC AUTOMOBILE COMPANY, et al.,<br><br>                   Defendants. | CASE NO. 17cv989-LAB (JLB)<br><br>**ORDER OF DISMISSAL** |

Plaintiff has filed a motion to dismiss this action without prejudice. No Defendant has answered or appeared. This action is therefore **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(a).

**IT IS SO ORDERED**.

DATED: June 28, 2017

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge